THEODORE HOPKE and Another, Respondents, v. PEARL SCHROEDER and Others, Defendants, Impleaded with HARRY HARMATZ, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of THERESA ALFAYA, Deceased.— Decree of the Surrogate's Court of Westchester county denying probate of alleged will affirmed, with costs to respondents against the proponent. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of JOHN RYAN and Others, Infants, to Sell Real Property. MARY McGINTY, Special Guardian, Appellant; FILOMENA M. D'AGOSTINO, Respondent.— Order of the County Court modified by fixing the referee's fees at the sum of fifty dollars and as thus modified affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

ELLA KALWITE, Respondent, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JOHN KEANE, Appellant, v. INTERNATIONAL ELEVATING COMPANY, INC., Respondent, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

GERTRUDE KNOEPFEL, Respondent, v. ARNOLD KNOEPFEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

WALLACE MATTERS, Appellant, v. HENRY REBMANN, Respondent.— Order setting aside verdict and granting a new trial reversed upon the law and the facts, with costs, and judgment unanimously directed for plaintiff upon the verdict as rendered. We think the jury's estimate of damages should not have been interfered with, as the amount awarded was within the province of the jury who found the defendant had uttered the slander charged. Kelly, P. J., Jaycox, Manning, Young and Kapper JJ., concur.

ANNA B. MURPHY, Respondent, v. EDITH HOLMAN and Others, Defendants, Impleaded with SADIE SEID, Appellant.— Order of the County Court of Kings county denying the appellant's motion to strike out portions of the affidavit of October 8, 1924, and to amend the order of reference of October 14, 1924, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

NAUGHTON CONSTRUCTION CO., INC., Respondent, v. JOHN SCHOECK, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.